FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

SHAQUILLE RASHAD JENKINS

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
11:30 AM
May 7, 2024
Deputy Clerk

(Enter above full name of plaintiff or plaintiffs)

v.

RUDWOR GREEN; Correctional Officer
MR. SCREWS; Correctional Officer

CV124-058

(Enter above full name of defendant or defendants)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ✓ No ___

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: SHAQUILLE RASHAD JENKINS

      Defendants: Officer Green, Officer Screws, A.S.M.P., Edward Philbin, Michael Paschal, A. Jackson, L. Jackson

   2. Court (if federal court, name the district; if state court, name the county):

      Southern District of Georgia

   3. Docket number: 1:23-CV-00035-JRH-BKE

   4. Name of judge assigned to case: Chief Judge J. Randall Hall

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_Appealed & dismissed_

6. Approximate date of filing lawsuit: _April 7th, 2023_

7. Approximate date of disposition: _____

8. Were you allowed to proceed in forma pauperis (without prepayment of fees)?  Yes ✓  No ___

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?  Yes ✓  No ___

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _SHAQUILLE RASHAD JENKINS_

   Defendants: _Novel Ellis, Melvin Chambers, Saleena Williams, Newton County Sheriff Office_

2. Court (name the district):

   _Northern District of Georgia_

3. Docket number: _1:21-CV-0834_

4. Name of judge assigned to case: _Thomas W. Thrash_

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

   _Dismissed_

6. Approximate date of filing lawsuit: _Feb 26th, 2021_

2

7. Approximate date of disposition: __Unknown__

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _✓_ No ___

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _✓_ No ___

1. If your answer to C is yes, name the court and docket number for each case:

   Northern District Court of Georgia   1:21-CV-2086
   Southern District Court of Georgia   1:23-CV-00035
   Northern District Court of Georgia   1:21-CV-0834

II. Place of present confinement: __Wilcox State Prison__

A. Is there a prisoner grievance procedure in this institution? Yes _✓_ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes _✓_ No ___

C. If your answer to B is yes:

1. What steps did you take? __Filed grievance.__

2. What was the result? __Criminal Investigation Unit of Georgia Department of Corrections Conducted an Investigation which resulted in Officer Audwon Green being Fired__

3

I. Previous Lawsuits (additional)

2. Parties to this Previous Lawsuit:
   Plaintiff: Shaquille Rashad Jenkins
   Defendants: Audwon Green, Correctional Officer;
   MR. Screws, Correctional Officer;
   Michael Paschal, Deputy Warden; and
   La'Quenah Jackson, Counselor

   A. Court
      Southern District of Georgia
      Docket Number: CV 124-012
      Name of Judge: J. Randall Hall
      Disposition: Dismissed Voluntarily
      Approximate Date of Filing: February 1, 2024
      Approximate date of disposition: Unknown
      Were you allowed to Proceed in forma Pauperis   Yes ____   No ✓

   B. While incarcerated or detained in any facility, have you brought any Lawsuits in Federal Court which deal with facts other than those involved in this action?

   Yes ✓   No ____

   (Additional)
   1. Parties to Previous Lawsuit:
      Plaintiffs: Shaquille Rashad Jenkins
      Defendants: Saleena Williams, Johnson, Novel Ellis, Melvin Chambers
   2. Court: Northern District of Georgia
   3. Docket number: 1:21-CV-2086
   4. Name of judge assigned to case: Chief Judge J. Randall Hall
   5. Disposition Still Pending.
   6. Approximate date of filing Lawsuit: May 17th, 2021
   7. Approximate date of disposition: Unknown
   8. Were you allowed to Proceed in forma Pauperis   Yes ____   No ✓

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?     Yes ✓  No ___

If yes, what was the result? Criminal Investigation Unit Conducted an Investigation.

D. If you did not utilize the prison grievance procedure, explain why not: ___

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Shaquille Rashad Jenkins  GDC#1000319687
   Address: Wilcox State Prison
   P.O. Box 397
   ABBEVILLE, GA 31001

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Audwon Green
   Position: Correctional Officer
   Place of employment: Augusta State Medical Prison
   Current address: 3001 Gordon Hwy
   Grovetown, Georgia 30813

C. Additional defendants: MR. Screws
   Correctional Officer
   Augusta State Medical Prison
   3001 Gordon Hwy
   Grovetown, Georgia 30813

4

IV: Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On December 19th, 2021 while housed at Augusta State Medical Prison Segregation Unit, Defendant Green refused to feed Plaintiff Jenkins his Vegan Diet Meals more than once. Plaintiff was on Restricted Vegan due to Religious belief. Plaintiff filed grievance against Defendant Green.

(2) On December 23rd, 2021 Defendant Green retaliated against Plaintiff Jenkins after he filed grievances on Defendant Green by approaching Plaintiff and repeatedly punching him in the Face causing the Plaintiff's face to Swell and fractured his Jaw.

(3) Defendant Screws who stood by and allowed Defendant Green to assault Plaintiff did not intervene nor did he correct Defendant's Green misconduct and malicious act.

(4) Defendant Green did not provide nor notify Medical Staff that Plaintiff was insured [after] assualting him and having knowledge that Plaintiff was in need for Medical attention.

(5) Defendant Screws did not Provide nor notify Medical Staff Concerning the Plaintiff's insuries after [he] had knowledge that the plaintiff was assualted by Defendant Green.

(6) Approx. Five days Later Nurses examined Plaintiff's Face and documented that he in fact had a Swollen Jaw.

5

Legal Claims.

(1) Defendant Green used excessive force against Plaintiff Jenkins by repeatedly punching him in the face fractured Jenkins Jaw, when Jenkins was not violating any prison rule and was not acting disruptively. Defendant Green's action violated Plaintiff Jenkins's rights under the Eighth Amendment to the United States Constitution and caused Plaintiff Jenkins pain, suffering, physical injury, and emotional distress.

(2) By witnessing Defendant Green's illegal action, failing to correct that misconduct, and condoning it, Defendant Screws is also violating Plaintiff's Jenkins rights under the Eighth Amendment to the United States Constitution and causing Plaintiff Jenkins pain, suffering, physical injury, and emotional distress.

(3) By harming Plaintiff Jenkins with physical violence for exercise of his right to seek redress from the Prison through use of the Prison grievance system, Defendant Green retaliated against Plaintiff Jenkins unlawfully, in violation of Plaintiff Jenkins's rights under the First Amendment to the United States Constitution. These illegal action caused injury to Plaintiff Jenkins First Amendment rights.

(4) By not providing Plaintiff Jenkins with adequate medical care after knowingly assualting him physically, Defendant Green showed Deliberate Indifference towards Plaintiff Jenkins medical needs and personal safety, violated Plaintiff Jenkins rights under the Eighth Amendment to the United States Constitution, caused Plaintiff Jenkins pain, suffering, and emotional distress.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(7) Wherefore, Plaintiff respectfully prays that this Court enter Judgement granting Plaintiff:

(8) A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and Laws of the United States.

(9) Plaintiff Jenkins Seeks Compensatory damages in the amount of $50,000 against each defendant (Green & Screws)

(10) Plaintiff also seeks Punitive damages in the amount of $100,000 against Defendant Green (only)

(11) Plaintiff Request for a Jury trial on all issues triable by Jury

(12) Plaintiff request for recovery of all cost in Suit

(13) also any additional relief this Court deems Just, Proper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of April, 2024.

Prisoner No. 1000319687

*Shaquille Jenkins*
(Signature of Plaintiff)

6

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing Party(ies) to this action with a true and correct copy of the within and foregoing 42 U.S.C §1983 Complaint Civil Suit by placing a copy of same in the United States Mail and/or Institutional Mailbox, with adequate postage thereon to ensure prompt delivery, and addressed it to:

| | |
|---|---|
| Audwon Green | MR. Screws |
| 3001 Gordon Hwy. | 3001 Gordon Hwy. |
| Grovetown, GA 30813 | Grovetown, GA 30813 |

This 25th day of APRIL, 2024.

Shaquille Rashad Jenkins
Shaquille R. Jenkins
ProSe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

SHAQUILLE RASHAD JENKINS

V.

AUDWON GREEN; Correctional Officer
MR. SCREWS; Correctional Officer

SUMMONS
Civil Action No. ____

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby Summoned and required to Serve upon Plantiff, whose address is [Wilcox State Prison, P.O. Box 397, ABBEVILLE, GEORGIA 31001] an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the Complaint.

Clerk of The Court
Date: _____

Plaintiff Signature _Shaquille R. Jenkins_
Date: 4/25/2024



Rashad Rashad Jenkins
GDC# 1000319687
Wilcox State Prison
P.O. Box 397
Abbeville, GA 31001

Clerk, U.S. District
Post Office Box 1130
Augusta, Georgia 3[...]

ATLANTA GA RPDC 302
2 MAY 2024 PM 1C

30903-112027