IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SHAQUILLE RASHAD JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-058 |
| ) | |
| AUDWON GREEN and MR. SCREWS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, finds Plaintiff's motion to deduct an initial filing fee is **MOOT**, (doc. no. 8), **DENIES** Plaintiff's motion for injunctive relief, (doc. no. 9), and **CLOSES** this civil action.

SO ORDERED this ___6th___ day of September, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA